# EXHIBIT 2

**V I R G I N I A:**
　　　　　　　　　　IN THE CIRCUIT COURT OF NORFOLK
　　　　　　　　　　　　　　　Civil Division

| | |
|---|---|
| **JEFFREY M. ETTER,** | |
| 　　　　Plaintiff, | Case No.: CL20011930-00 |
| 　v. | |
| **AXONICS MODULATION TECHNOLOGIES, INC. ET AL.,** | |
| 　　　　Defendants. | |

## NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446(d), Defendants Axonics Modulation Technologies, Inc. and Raymond Cohen (collectively, "Defendants") give notice to the Circuit Court of Norfolk, and Plaintiff Jeffrey M. Etter ("Plaintiff"), that on February 9, 2021, Defendants filed a Notice of Removal, thereby removing this action to the United States District Court for the Eastern District of Virginia, Norfolk Division. A copy of the Notice of Removal is attached to this Notice as Exhibit A.

Dated: February 9, 2021

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Yvette V. Gatling*
　　　　　　　　　　　　　　　　　　　Yvette V. Gatling (VSB No. 92824)
　　　　　　　　　　　　　　　　　　　Melissa M. Harclerode (VSB No. 99307)
　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　1650 Tysons Boulevard, Suite 700
　　　　　　　　　　　　　　　　　　　Tysons Corner, VA  22102
　　　　　　　　　　　　　　　　　　　Telephone: 703.286.3143
　　　　　　　　　　　　　　　　　　　Facsimile:  703.842.8211
　　　　　　　　　　　　　　　　　　　Email: ygatling@littler.com
　　　　　　　　　　　　　　　　　　　Email: mharclerode@littler.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Axonics Modulation Technologies, Inc and Raymond Cohen*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 9th day of February, 2021, a copy of the foregoing Notice of Filing Notice of Removal was served by federal express upon the following:

>James T. Taylor, Esq.
>Barry Montgomery, Esq.
>Kalbaugh, Pfund & Messersmith, P.C.
>Richmond Office
>901 Moorefield Park Drive, Suite 200
>Richmond, Virginia 23236
>
>*Counsel for Plaintiff*

>*/s/ Yvette V. Gatling*
>Yvette V. Gatling